**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Debtor: **Timothy Clarence Pittman** SSN: XXX-XX- **4627**          CASE NO. **16-50504-KMS**
Joint Debtor:_____ SSN: XXX-XX-_____         Median Income: ____Above **XX** Below
Address: **P.O. Box 217 / 1543 Old Hwy 35 N**
             **Columbia, MS 36429**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below-median income debtor(s), or less than 60 months for above-median income debtors(s).

(A)    Debtor shall pay $ **733.00** monthly to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS. N/A**

**DOMESTIC SUPPORT OBLIGATION. N/A**

**HOME MORTGAGES.**    All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party-in-interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **Citi Financial**          Beginning **May 2016**       @ $ **556.00**         **XX** Plan ___ Direct
Mtg arrears to **Citi Financial**       Through **April 2016**       $ **5000.00**          @$ **83.34**      /mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM: N/A**

**NON-MORTGAGE SECURED CLAIMS. N/A**

\* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **Pikco Finance** | **Household Goods** | **$1600.00** | **Avoid Lien** |

**STUDENT LOANS N/A**

**SPECIAL PROVISIONS N/A**

**GENERAL UNSECURED CLAIMS** total approximately $ **3203.00**              . Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), _____%(percent) MINIMUM, or a total distribution of $____**0.00**____, with the Trustee to determine the percentage distribution. *Those general/unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:       $ **3200.00**
Attorney fee previously paid:    $ **190.00**
Attorney fee to be paid in plan: $ **3010.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.
Debtor's Initials **TCP**          Joint Debtor's Initials_____          Chapter 13 Plan, Page 1 of ____2____

| | |
|---|---|
| Automobile Insurance Co./Agent | Attorney for Debtor (Name/Address/Phone/Email)<br>**Paul B. Caston, MSB # 10086**<br>**P.O. Box 1742**<br>**Hattiesburg, MS  39403-1742**<br>**Tel. 601-544-2516**<br>**Fax. 601-544-2517**<br>E. **paulcaston@gmail.com** |

DATED: **April 6, 2016**          DEBTOR'S SIGNATURE  */s/ Timothy C. Pittman*

                                  JOINT DEBTOR'S SIGNATURE _____

                                  ATTORNEY'S SIGNATURE  */s/ Paul B. Caston*

Debtor's Initials **TCP**          Joint Debtor's Initials _____          Chapter 13 Plan, Page 2 of     2